IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

      Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 19, 2013.**

      Plaintiff's Motion for Leave to File Amended Complaint [filed February 12, 2013; docket #15] is **denied without prejudice** for failure to comply fully with D.C. Colo. LCivR 7.1A. The Court reminds the parties that it "will not consider any motion, other than a motion under Fed. R. Civ. P. 12 or 56, unless counsel for the moving party or a *pro se* party, before filing the motion, has conferred or made reasonable, good-faith efforts to confer with opposing counsel. " D.C. Colo. LCivR 7.1A. It is the responsibility of the moving party to "state in the motion, or in a certificate attached to the motion, *the specific efforts* to comply with this rule. . ." *Id.* (emphasis added). The pending Motion states only that Plaintiff's counsel "attempted to confer with counsel for Defendant, but ha[d] not received a response from defense counsel prior to the filing of the motion." This description is insufficient for the Court determine whether or not Plaintiff's counsel made a good-faith effort to obtain Defendant's position prior to seeking relief from the Court.