IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 22, 2013.**

    Pending before the Court is Plaintiff's Revised Motion for Leave to File Amended Complaint [filed February 19, 2013; docket #18]. Pursuant to D.C. Colo. LCivR 7.1C, the Court decides the Motion without a response from Defendant, who has not responded to Plaintiff's numerous requests to obtain its position on the relief requested. (*See* docket #18 at 1.) In light of the liberal pleading standards set forth in Fed. R. Civ. P. 15, the Court finds that justice requires leave to amend in this instance. Therefore, Plaintiff's Motion is **granted**. In accordance with this order, the Clerk of the Court is directed to enter Plaintiff's Amended Complaint [docket #18-1] as filed.