IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on April 12, 2013.**

    The Stipulated Motion for Protective Order [filed April 11, 2013; docket #26] is **granted**, and the proposed Protective Order is accepted, issued and filed contemporaneously with this minute order.