IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE MICHAEL E. HEGARTY**

| | |
|---|---|
| Civil Action No. 12-cv-02537-PAB-MEH | Date: May 30, 2013 |
| Courtroom Deputy: Cathy Pearson | FTR – Courtroom A501 |

| | |
|---|---|
| JUSTIN LENTZ, | Todd Travis |
| | Richard Kaudy |
| Plaintiff, | |
| v. | |
| AMICA MUTUAL INSURANCE COMPANY, | Matthew Holmes |
| Defendant. | |

### COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:**     **2:03 p.m.**

Court calls case.  Appearances of counsel.

Argument and discussion held regarding Defendant's Motion to Compel Discovery (Doc. 47, filed 5/14/13).

Discussion held regarding setting a Settlement Conference.

2:29 p.m.     Off the record to discuss settlement possibilities.
2:39 p.m.     On the record.

Further argument and discussion held regarding Defendant's Motion to Compel Discovery (Doc. 47, filed 5/14/13).

**ORDERED:**  Defendant's Motion to Compel Discovery (Doc. 47, filed 5/14/13) is GRANTED in part and DENIED in part as stated on the record.

Discussion held regarding filing a motion for amended protective order and resetting certain deadlines.

**Court in recess:**     **3:16 p.m.**     **(Hearing concluded)**
**Total time in Court: 1:03**

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.