IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

      Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

      Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on June 26, 2013.**

The Stipulated Motion to Amend Scheduling Order [filed June 25, 2013; docket #65] is **granted in part** and **denied in part**.[1] For good cause shown, the Court will amend the Scheduling Order as follows:

| | |
|---|---|
| Deadline for Plaintiff's Rule 26(a)(2) Expert Disclosures: | September 2, 2013 |
| Deadline for Defendant's Rule 26(a)(2) Expert Disclosures: | October 2, 2013 |
| Discovery Cut-off: | November 1, 2013 |
| Dispositive Motions Deadline: | December 2, 2013 |

In light of these modifications, the Final Pretrial Conference scheduled in this case for September 24, 2013, is **vacated** and **rescheduled** to **January 6, 2014**, at **9:45 a.m.** in Courtroom A501 on the fifth floor of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

The parties shall submit their proposed pretrial order, pursuant to District of Colorado Electronic Case Filing ("ECF") Procedures V.L. **no later than five (5) business days** prior to the pretrial conference. The proposed pretrial order to be submitted to the Magistrate Judge under the ECF Procedures  must  be submitted in a useable format (i.e., WordPerfect or Word only) and shall be emailed to the Magistrate Judge at *Hegarty_Chambers@cod.uscourts.gov*.

Attorneys and/or pro se parties not participating in ECF shall submit their proposed pretrial order on paper to the Clerk's Office. However, if any party in this case is participating in ECF, it is the responsibility of that party to submit the proposed pretrial order pursuant to the District of Colorado ECF Procedures. All out-of-state counsel shall comply with D.C. Colo. LCivR 83.3C

---

[1] The Court observes from the motion that the parties have proposed a discovery cutoff falling approximately a month after the dispositive motions deadline. The Court assumes this is an error and corrects it in this minute order.

prior to the pretrial conference.

**The parties shall prepare the proposed pretrial order in accordance with the form which may be downloaded from the forms section of the court's website at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/Forms.aspx. Instructions for downloading are posted in the forms section of the website.**

The parties are further advised that they shall not <u>assume</u> that the court will grant the relief requested in any motion. Failure to appear at a court-ordered conference or to comply with a court-ordered deadline which has not be vacated by court order may result in the imposition of sanctions.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. <u>See</u> D.C. Colo. LCivR 83.2B.