IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on August 29, 2013.**

    Plaintiff's Unopposed Motion for Leave to Amend Pleading [Filed August 28, 2013; Docket #72] is **denied without prejudice**. The Plaintiff failed to attach a proposed second amended complaint by which the Court could determine whether justice so requires the requested amendment.