IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02537-PAB-MEH

JUSTIN LENTZ,

    Plaintiff,

v.

AMICA MUTUAL INSURANCE COMPANY,

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 3, 2013.**

    Plaintiff's Amended Unopposed Motion for Leave to Amend Pleading [Filed August 30, 2013; Docket #75] is **granted**. The Clerk of the Court is directed to file the Second Amended Complaint located at docket #75-1. Defendant shall file an answer or other response within 14 days after service of the amended pleading.